1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

RONALD TAYLOR,                  )       Case No. CV 09-5267-ODW (OP)
                                )
              Petitioner,       )       AMENDED ORDER ADOPTING
                                )       FINDINGS, CONCLUSIONS,
                                )       AND RECOMMENDATIONS
        v.                      )       OF UNITED STATES
                                )       MAGISTRATE JUDGE
WARDEN, Avenal State            )
Prison,                         )
                                )
              Respondent.       )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
records and files herein, and the Report and Recommendation of the United States
Magistrate Judge, and the objections filed by Petitioner, de novo.  The Court concurs
with and adopts the findings, conclusions, and recommendations of the Magistrate
Judge,

/ / /
/ / /
/ / /

1      IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) directing that Judgment be entered denying the

3   Petition and dismissing this action with prejudice.

4

5   DATED: <u>January 27, 2011</u>

              HONORABLE OTIS D. WRIGHT, II
6             United States District Judge

7

8

    Prepared by:
9

10

11

    HONORABLE OSWALD PARADA
12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28