Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD TAYLOR, | ) | Case No. CV 09-5267-ODW (OP) |
| Petitioner, | ) ) ) ) | A M E N D E D<br>J U D G M E N T |
| v. | ) ) | |
| WARDEN, Avenal State Prison, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 27, 2011

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge